*In re* Grace Torres Sepúlveda.

*Número:* TS-9894          *Resuelto:* 31 de diciembre de 2004

*Carmen H. Carlos,* directora de la Oficina de Inspección de Notarías; *Ester Rivera Benítez,* abogada de la peticionaria.

## RESOLUCIÓN

Examinada la Moción en Cumplimiento de Orden de 4 de octubre de 2004, presentada por la Oficina de Inspección de Notarías, se autoriza sólo la reinstalación de la peticionaria al ejercicio de la abogacía. Queda pendiente la reinstalación al ejercicio de la notaría.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados Señores Rebollo López y Rivera Pérez, y la Juez Asociada Señora Fiol Matta no intervinieron.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*